### 46415. DEPARTMENT OF TRANSPORTATION v. ARC SECURITY, INC.
(380 SE2d 712)

PER CURIAM.

After plenary consideration of this matter, *Dept. of Transp. v. ARC Security, Inc.,* 189 Ga. App. 34 (375 SE2d 42) (1988), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Weltner, J., who dissents.*

DECIDED MAY 11, 1989.

*Michael J. Bowers, Attorney General, Charles C. Pritchard, Special Assistant Attorney General,* for appellant.
*Glenville Haldi,* for appellee.